JOHN L. BURRIS, Esq. (SBN 69888)
DeWITT M. LACY, Esq. (SBN 258789)
**THE LAW OFFICES OF JOHN L. BURRIS**
Airport Corporate Centre
7677 Oakport Street, Suite 1120
Oakland, California 94621
Telephone: (510) 839-5200
Facsimile:  (510) 839-3882
john.burris@johnburrislaw.com
dewitt.lacy@johnburrislaw.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYLVIA HAYNES, successor-in-interest to Donald Ray Haynes, ANNTIONETT HAYNES, individually; THE ESTATE OF DONALD RAY HAYNES<br><br>Plaintiffs,<br><br>v.<br><br>ROBERT JOHNSON, individually and in his official capacity as a police officer for the City of Stockton Police Department; WILLIAM KAMBIC, individually and in his official capacity as a police officer for the City of Stockton Police Department; DANA MOSHER, individually; RYAN MORRIS, individually and in his official capacity as a police officer for the City of Stockton Police Department; and DOES 1-25, inclusive, individually, jointly and severally,<br><br>Defendants. | Case No. 2:15-cv-00565-WBS-CKD<br><br>**STIPULATION AND ORDER EXTENDING DISCOVERY DEADLINES** |

IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES, through their

attorneys of record:

WHEREAS, neither party has completed depositions in the matter;

WHEREAS in this matter, efficiency dictates that the disclosure of experts should occur following the depositions of defendant officers who have not yet been deposed;

WHEREAS moving the discovery dates will not change the trial date in this matter;

The parties jointly request that the discovery deadlines be extended, as follows:

|  | Old | New |
|---|---|---|
| Expert disclosures | 03/25/16 | 04/25/2016 |
| Rebuttal expert disclosures | 04/22/16 | 05/20/2016 |
| Discovery completed | 05/06/16 | 06/06/2016 |

Dated: March 1, 2016         **LAW OFFICES OF JOHN L. BURRIS**

By: */s/ DeWitt M. Lacy*
    DeWitt M. Lacy
    Attorney(s) for Plaintiffs

Dated: March 3, 2016         **Stockton City Attorney's Office**

By: *\*/s/*
    Ted Daniel Wood
    Deputy City Attorney
    *Mr. Wood provided consent that this document be electronically filed.

### ORDER

IT IS SO ORDERED that the current discovery deadlines are extended in accordance with the schedule set forth in the table above.

Dated: March 9, 2016

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE