JOHN L. BURRIS, State Bar No. 69888
DEWITT M. LACY, State Bar No. 258789
The Law Offices of John L. Burris
7677 Oakport Street, Suite 1120
Oakland, CA  94621
Telephone: (510) 839-5200
Facsimile: (510) 839-3882

Attorneys for Plaintiffs

JOHN M. LUEBBERKE, City Attorney
State Bar No. 164893
JAMES F. WILSON, Deputy City Attorney
State Bar No. 107289
TED DANIEL WOOD, Deputy City Attorney
State Bar No. 191768
425 N. El Dorado Street, 2nd Floor
Stockton, CA  95202
Telephone: (209) 937-8333
Facsimile: (209) 937-8898

Attorneys for Defendants
ROBERT JOHNSON, WILLIAM KAMBIC, DANA MOSHER, and RYAN MORRIS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYLVIA HAYNES, et al.,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>ROBERT JOHNSON, et al.,<br><br>　　　　Defendants. | Case No. 2:15-CV-00565-WBS-CKD<br><br>**STIPULATION AND ORDER FOR CONTINUANCE OF PRETRIAL SCHEDULING ORDER DEADLINES, INCLUDING TRIAL**<br><br>Assigned: Hon. William B. Shubb<br>Assigned: Hon. Carolyn K. Delaney, United States Magistrate Judge<br>Complaint Filed: March 13, 2015<br>Trial Date:  November 8, 2016 |

　　　IT IS HEREBY STIPULATED by and between Plaintiffs SYLVIA HAYNES, individually and as successor-in-interest to Decedent DONALD RAY HAYNES; ANNTIONETT HAYNES, individually; THE ESTATE OF DONALD RAY HAYNES, and Defendants ROBERT JOHNSON, WILLIAM KAMBIC, DANA MOSHER, and RYAN MORRIS, by and through their counsel of record, DeWitt Lacy, Law Offices of John Burris; and Defendants, City of Stockton, et al., by and through attorneys of record, Ted Wood, Office of the City Attorney, that the following deadlines be continued:

| | |
|---|---|
| Non-expert Discovery Completion | September 6, 2016 (Prior date was June 6, 2016) |
| Expert Disclosures | August 1, 2016 (Prior date was April 25, 2016) |
| Rebuttal Expert Disclosure | August 21, 2016 (Prior date was May 20, 2016) |
| Expert Discovery Completion | October 18, 2016 (Prior date was June 6, 2016) |
| Motion Hearing Schedule (for filing) | December 19, 2016 (Prior date was June 24, 2016) |
| Final Pretrial Conference | February 27, 2017 at 9:00 a.m. (Prior date was September 12, 2016) |
| Jury Trial | April 25, 2017 at 9:00 a.m. (Prior date was November 8, 2016) |

The brief continuance is requested to permit counsel for Plaintiffs to file and have heard a motion to withdraw as counsel and to permit Plaintiffs the opportunity to either secure new counsel or prepare to try their case *in pro per*. The continuance is also requested as there remain several outstanding discovery issues that will need to be addressed following counsel's motion to withdraw. The parties respectfully request the Court grant this stipulation to allow them adequate time to prepare the case for trial.

**IT IS SO STIPULATED.**

Dated: May 31, 2016                     JOHN M. LUEBBERKE
                                        CITY ATTORNEY


                                        BY     */s/ Ted Daniel Wood*
                                            TED DANIEL WOOD
                                            Deputy City Attorney

                                            Attorneys for Defendants
                                            CITY OF STOCKTON, et al.

Dated: May 31, 2016                     LAW OFFICES OF JOHN L. BURRIS


                                        By     */s/ Dewitt M. Lacy*
                                            DEWITT M. LACY
                                            Attorneys for Plaintiffs

///

///

1  ///

2  ///

3  **O R D E R**

4  In accordance with the parties' stipulation, and good cause appearing, the deadline for the completion of discovery, expert discovery, the motion hearing schedule, the final pretrial conference, and the trial date specified above are continued with the foregoing request.

IT IS SO ORDERED.

Dated:  June 17, 2016

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE