1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10                         ----oo0oo----

11

12   SYLVIA HAYNES, individually and        Civ. No. 2:15-00565 WBS CKD
     as successor-in-interest to
13   decedent DONALD RAY HAYNES;            ORDER RE: REQUEST FOR
     ANNTIONETT HAYNES, individually;       TELEPHONIC APPEARANCE
14   THE ESTATE OF DONALD RAY HAYNES,

15              Plaintiffs,

16       v.

17   ROBERT JOHNSON, individually and
     in his official capacity as a
18   police officer for the City of
     Stockton Police Department;
19   WILLIAM KAMBIC, individually and
     in his official capacity as a
20   police officer for the City of
     Stockton Police Department; DANA
21   MOSHER, individually; RYAN
     MORRIS, individually and in his
22   official capacity as a police
     officer for the City of Stockton
23   Police Department; and DOES 1-
     25, inclusive, individually,
24   jointly and severally,

25              Defendants.

26

27                         ----oo0oo----

28          Plaintiffs' counsel's request to appear telephonically

                                  1

at the hearing presently scheduled for July 25, 2016 is DENIED.

Further, both counsel and plaintiffs shall appear personally at

the July 25, 2016 hearing.

       IT IS SO ORDERED.

Dated:  July 11, 2016

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE