JOHN L. BURRIS, Esq. (SBN 69888)
DeWITT M. LACY, Esq. (SBN 258789)
**THE LAW OFFICES OF JOHN L. BURRIS**
Airport Corporate Centre
7677 Oakport Street, Suite 1120
Oakland, California 94621
Telephone: (510) 839-5200
Facsimile:  (510) 839-3882
john.burris@johnburrislaw.com
dewitt.lacy@johnburrislaw.com

Attorneys for Plaintiffs
SYLVIA HAYNES
ANNTIONETT HAYNES

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYLVIA HAYNES, successor-in-interest to Donald Ray Haynes, ANNTIONETT HAYNES, individually; THE ESTATE OF DONALD RAY HAYNES<br><br>Plaintiffs,<br><br>v.<br><br>ROBERT JOHNSON, individually and in his official capacity as a police officer for the City of Stockton Police Department; WILLIAM KAMBIC, individually and in his official capacity as a police officer for the City of Stockton Police Department; DANA MOSHER, individually; RYAN MORRIS, individually and in his official capacity as a police officer for the City of Stockton Police Department; and DOES 1-25, inclusive, individually, jointly and severally,<br><br>Defendants. | Case No. 2:15-cv-00565-WBS-CKD<br><br>**STIPULATION & [PROPOSED] ORDER TO EXTEND DISCOVERY DEADLINES & TRIAL DATE** |

**IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES, through their attorneys of record:**

PG. 1

WHEREAS, both parties temporarily discontinued discovery efforts while the Court decided on counsel for Plaintiffs' motion to withdraw as attorney of record;

WHEREAS, neither party has completed discovery in this matter;

WHEREAS, neither party has designated experts in the matter;

WHEREAS, the deadline for fact discovery has lapsed;

WHEREAS, the deadline for expert discovery will lapse in one day;

WHEREAS, trial and pre-trial dates will need to be moved to accommodate the remaining discovery efforts;

The parties jointly request that the discovery deadlines be extended, as follows:

|  | Old | New |
|---|---|---|
| Expert Disclosures | 08/01/16 | 12/19/16 |
| Rebuttal Expert Disclosures | 08/21/16 | 01/06/17 |
| Fact Discovery Deadline | 09/06/16 | 01/24/17 |
| Expert Discovery Deadline | 10/18/16 | 02/28/17 |
| Pre-Trial Conference | 02/27/17 | 07/06/17 |
| Trial | 04/25/17 | 09/05/17 |

Dated: October 17, 2016　　　　　　　　**LAW OFFICES OF JOHN L. BURRIS**

　　　　　　　　　　　　　　　　　　　By: */s/ DeWitt M. Lacy*
　　　　　　　　　　　　　　　　　　　　　DeWitt M. Lacy
　　　　　　　　　　　　　　　　　　　　　Attorney(s) for Plaintiffs

Dated: October 17, 2016　　　　　　　　**Stockton City Attorney's Office**

　　　　　　　　　　　　　　　　　　　By: \*/s/
　　　　　　　　　　　　　　　　　　　　　James F. Wilson
　　　　　　　　　　　　　　　　　　　　　City Attorney
　　　　　　　　　　　　　　　　　　　 \*Mr. Wilson provided consent that this
　　　　　　　　　　　　　　　　　　　　 document be electronically filed.

**The Law Offices of John L. Burris**
7677 Oakport Street, Suite 1120
Oakland, California 94621
Telephone: (510) 839-5200

# **ORDER**

IT IS SO ORDERED that the current discovery deadlines are extended in accordance with the schedule set forth in the table below:

|  | Old | New |
|---|---|---|
| Expert Disclosures | 08/01/16 | 12/19/16 |
| Rebuttal Expert Disclosures | 08/21/16 | 01/06/17 |
| Fact Discovery Deadline | 09/06/16 | 01/24/17 |
| Expert Discovery Deadline | 10/18/16 | 02/28/17 |
| Pre-Trial Conference | 02/27/17 | **07/03/17 at 1:30 p.m.** |
| Trial | 04/25/17 | **09/06/17 at 9:00 a.m.** |

Dated:  October 17, 2016

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE