JOHN M. LUEBBERKE, City Attorney
State Bar No 164893
JAMES F. WILSON, Deputy City Attorney
State Bar No. 107289
425 N. El Dorado Street, 2nd Floor
Stockton, CA 95202
Telephone: (209) 937-8333
Facsimile (209) 937-8898

DENNIS M. COTA, Bar No. 127992
dcota@cotalawfirm.com
RONALD J. SCHOLAR, Bar No. 187948
rscholar@cotalawfirm.com
SAMANTHA L. CHEN, Bar No. 307155
schen@cotalawfirm.com
COTA COLE LLP
2261 Lava Ridge Court
Roseville, CA 95661
Telephone:   (916) 780-9009
Facsimile:   (916) 780-9050

Attorneys for Defendants ROBERT JOHNSON,
WILLIAM KAMBIC, DANA MOSHER, and
RYAN MORRIS

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYLVIA HAYNES, et al., | Case No. 2:15-CV-00565-WBS-DB |
| Plaintiffs, | |
| v. | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE TRIAL, PRE-TRIAL, LAW AND MOTION AND DISCOVERY DATES** |
| ROBERT JOHNSON, et al., | |
| Defendants. | |
| | Assigned to Judge: |
| | Senior Judge William B. Shubb |
| | Referred to: |
| | Magistrate Judge Deborah Barnes |

{RJS/00048529. }

## STIPULATION

WHEREAS the parties, by and through their respective counsel have met and conferred and agreed;

WHEREAS discovery and dispositive motions were substantially delayed in order to permit sufficient time for Plaintiffs' counsel to file a motion to withdraw, for the Court to rule on the matter and for Plaintiffs and Plaintiffs' counsel to reconcile and be able to move forward with the case;

WHEREAS two litigation attorneys, including former counsel of record Ted Wood, have departed from the City of Stockton City Attorney's Office;

WHEREAS effective December 30, 2016, new counsel from Cota Cole LLP have associated into the case for Defendants;

WHEREAS due to the holiday period, obtaining fully executed substitutions of attorney from each individual defendant have been temporarily delayed;

WHEREAS Cota Cole LLP will be fully substituting into the case for the City Attorney as soon as the appropriate substitution documents are prepared and filed with the Court;

WHEREAS new counsel needs sufficient time to review and analyze the case, the current state of discovery, which is incomplete and prepare the case for the completion of discovery, potential dispositive motions and trial;

WHEREAS Plaintiffs have also not yet completed discovery;

WHEREAS Plaintiffs' counsel is set for two trials in February 2017;

WHEREAS pre-trial and trial will need to be continued to accommodate continuing discovery and dispositive motions;

WHEREAS pending the Court's approval, the parties have agreed to continue all dates approximately 4-6 months depending upon the Court's schedule and ability to accommodate as follows:

///

///

{RJS/00048529. }

|  | **Current** | **New** |
|---|---|---|
| Rebuttal Expert Disclosures | 01/06/17 | 04/24/17 |
| Fact Discovery Deadline | 01/24/17 | 05/29/17 |
| Expert Discovery Deadline | 02/28/17 | 06/06/17 |
| Discovery Motion Hearing Deadline | N/A | 07/18/17 |
| Dispositive Motion Hearing Deadline | N/A | 08/21/17 |
| Mandatory Settlement Conference | N/A | 09/26/17 |
| Pre-Trial Conference | 07/03/17 | 10/16/17 |
| Trial | 09/16/17 | 01/30/17 |

**SO STIPULATED**

Dated:  January 3, 2017                COTA COLE LLP

By: */s/ Ronald J. Scholar*
    Dennis M. Cota
    Ronald J. Scholar
    Samantha L. Chen
    Attorneys for Defendants ROBERT JOHNSON, WILLIAM KAMBIC, DANA MOSHER, and RYAN MORRIS

Dated:  January 3, 2017                JOHN M. LUEBBERKE, CITY ATTORNEY

By: */s/ James F. Wilson*
    JAMES F. WILSON
    Attorneys for Defendants ROBERT JOHNSON, WILLIAM KAMBIC, DANA MOSHER, and RYAN MORRIS

Dated:  January 3, 2017                LAW OFFICES OF JOHN L. BURRIS

By: */s/ Dewitt M. Lacy*
    DEWITT M. LACY
    Attorneys for Plaintiffs SYLVIA HAYNES, ANNTIONETT HAYNES and THE ESTATE OF DONALD RAY HAYNES

{RJS/00048529. }
COTA COLE LLP
2261 LAVA RIDGE COURT
ROSEVILLE, CALIFORNIA 95661
Stipulation & [Proposed] Order to Continue Trial, Pre-Trial, Law and Motion & Discovery Dates
Case No. 2:15-CV-00565-WBS-DB

# ORDER

The Court having considered the above stipulation of the parties and good cause appearing, hereby orders the following dates and deadlines be reset and continued as follows:

|  | **Current** | **New** |
|---|---|---|
| Rebuttal Expert Disclosures | 01/06/17 | **03/03/17** |
| Fact Discovery Deadline | 01/24/17 | **03/21/17** |
| Expert Discovery Deadline | 02/28/17 | **04/28/17** |
| Discovery Motion Filing Deadline | N/A | **05/25/17** |
| Dispositive Motion Filing Deadline | N/A | **06/23/17** |
| Pre-Trial Conference | 07/03/17 | **09/11/17 at 1:30 p.m.** |
| Trial | 09/6/17 | **11/28/17 at 9:00 a.m.** |

**IT IS SO ORDERED.**

Dated: January 3, 2017

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

{RJS/00048529. }

COTA COLE LLP
2261 LAVA RIDGE COURT
ROSEVILLE, CALIFORNIA 95661