JOHN L. BURRIS, Esq. (SBN 69888)
DeWITT M. LACY, Esq. (SBN 258789)
**THE LAW OFFICES OF JOHN L. BURRIS**
Airport Corporate Centre
7677 Oakport Street, Suite 1120
Oakland, California 94621
Telephone: (510) 839-5200
Facsimile:  (510) 839-3882
john.burris@johnburrislaw.com
dewitt.lacy@johnburrislaw.com

Attorneys for Plaintiffs
SYLVIA HAYNES
ANNTIONETT HAYNES

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYLVIA HAYNES, successor-in-interest to Donald Ray Haynes, ANNTIONETT HAYNES, individually; THE ESTATE OF DONALD RAY HAYNES<br><br>Plaintiffs,<br><br>v.<br><br>ROBERT JOHNSON, individually and in his official capacity as a police officer for the City of Stockton Police Department; WILLIAM KAMBIC, individually and in his official capacity as a police officer for the City of Stockton Police Department; DANA MOSHER, individually; RYAN MORRIS, individually and in his official capacity as a police officer for the City of Stockton Police Department; and DOES 1-25, inclusive, individually, jointly and severally,<br><br>Defendants. | No. 2:15-cv-00565-WBS-DB<br><br>**STIPULATION AND ORDER TO EXTEND EXPERT DISCOVERY DEADLINE** |

1

The Law Offices of John L. Burris
7677 Oakport Street, Suite 1120
Oakland, California 94621
Telephone: (510) 839-5200

**IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES, through their attorneys of record:**

WHEREAS, trial has been set for November 11, 2017 (dkt. 37);

WHEREAS, the expert discovery deadline is set for April 28, 2017 (dkt. 37);

WHEREAS, a settlement conference has been set for June 14, 2017 (dkt. 59);

WHEREAS, Plaintiff's Expert Ernie Burwell is out of the country and unavailable for deposition prior to the expert discovery deadline;

WHEREAS, Plaintiffs' counsel will require additional time to depose Defendants experts Emily Keram, Anthony Lukin, Brad Smith, Thomas Almeida, and Robert Lawrence;

WHEREAS, Counsel for all parties agree that it is in the interests of judicial economy and justice, all would benefit from a 30 day extension of the discovery deadline to May 30, 2017;

The parties respectfully request the earliest available date to conduct a settlement conference on Judge Barnes calendar.

SO STIPULATED.

Dated: April 13, 2017      **LAW OFFICES OF JOHN L. BURRIS**

By: */s/ DeWitt M. Lacy*
     DeWitt M. Lacy
     Attorney(s) for Plaintiffs

Dated: April 13, 2017      **COTA COLE LLP**

By:  \*/s/
     Ronald Scholar
     *Mr. Scholar provided consent that this document be electronically filed.

## **ORDER**

Pursuant to the stipulation of the parties IT IS HEREBY ORDERED that the expert discovery deadline is continued to May 30, 2017.

DATED: April 20, 2017

/s/ DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:6
DB/orders/orders.civil/hayes0565.stip.eot.ord

The Law Offices of John L. Burris
7677 Oakport Street, Suite 1120
Oakland, California 94621
Telephone: (510) 839-5200