JOHN L. BURRIS, Esq. (SBN 69888)
DeWITT M. LACY, Esq. (SBN 258789)
**THE LAW OFFICES OF JOHN L. BURRIS**
Airport Corporate Centre
7677 Oakport Street, Suite 1120
Oakland, California 94621
Telephone: (510) 839-5200
Facsimile: (510) 839-3882
john.burris@johnburrislaw.com
dewitt.lacy@johnburrislaw.com

Attorneys for Plaintiffs
SYLVIA HAYNES
ANNTIONETT HAYNES

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA (SACRAMENTO DIVISION)

| | |
|---|---|
| SYLVIA HAYNES, successor-in-interest to Donald Ray Haynes, ANNTIONETT HAYNES, individually; THE ESTATE OF DONALD RAY HAYNES,<br><br>Plaintiffs,<br><br>v.<br><br>ROBERT JOHNSON, individually and in his official capacity as a police officer for the City of Stockton Police Department; WILLIAM KAMBIC, individually and in his official capacity as a police officer for the City of Stockton Police Department; DANA MOSHER, individually; RYAN MORRIS, individually and in his official capacity as a police officer for the City of Stockton Police Department; and DOES 1-25, inclusive, individually, jointly and severally,<br><br>Defendants. | Case No. 2:15-cv-00565-WBS-DB<br><br>**STIPULATION AND [~~Proposed~~] OF DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |

**IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES, through their attorneys of record:**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties, by and through their attorneys of record, stipulate that the entire action including all claims against all defendants shall be dismissed with prejudice, each party to bear its own costs and fees. The parties have fully executed the terms of a Release Agreement and dismissal should be granted pursuant to Federal Rule of Civil Procedure 41(a)(2).

SO STIPULATED.

Dated: August 31, 2017 **LAW OFFICES OF JOHN L. BURRIS**

By: */s/ DeWitt M. Lacy*
    DeWitt M. Lacy
    Attorney(s) for Plaintiffs

Dated: August 31, 2017 **COTA COLE LLP**

By: *\*/s/*
    Ronald Scholar
  \*Mr. Scholar provided consent that this
    document be electronically filed.

The Law Offices of John L. Burris
7677 Oakport Street, Suite 1120
Oakland, California 94621
Telephone: (510) 839-5200

**ORDER**

IS IT HEREBY ORDERED that this action is hereby dismissed in its entirety as against all defendants with prejudice, each party to bear its own costs and fees.

Dated: September 1, 2017

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Stipulation and [Proposed] Order of Dismissal of Entire Action with Prejudice
2:15-cv-00565-WBS-DB

3